■ CHARLES GENNARO et al., Respondents, v LEONARD FIGELMAN et al., Defendants, and FRED MATLIN, Appellant.— Appeal by the defendant Fred J. Matlin from an order of the Supreme Court, Suffolk County (Cannavo, J.), entered February 2, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cannavo in the Supreme Court. Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.